■ In the Matter of EDWARD WYDRA et al., Appellants, v MENDEL BRACH, Respondent, et al., Respondents. [40 NYS3d 792]—Appeal from an order of the Supreme Court, Kings County (Ellen M. Spodek, J.), dated February 5, 2016. The order, insofar as appealed from, granted that branch of the motion of the respondent Mendel Brach which was to disqualify a panel of the rabbinical court assigned to rehear the matter.

Ordered that the order is reversed insofar as appealed from, on the law, with costs, and that branch of the motion of the respondent Mendel Brach which was to disqualify a panel of

the rabbinical court assigned to rehear the matter is denied as academic.

For the reasons stated in our decision and order on a related appeal from an order dated August 13, 2015 (*see Matter of Wydra v Brach*, 144 AD3d 932 [2016] [decided herewith]), the Supreme Court should have denied the motions of the respondents for leave to renew their prior cross motion to vacate an arbitration award made by a rabbinical court, and should not have remitted the matter to the rabbinical court for a rehearing. In light of our determination on that appeal, that branch of the motion of the respondent Mendel Brach which was to disqualify the panel of the rabbinical court assigned the rehear the matter should have been denied as academic. Leventhal, J.P., Roman, Cohen and LaSalle, JJ., concur.